WILLIAM FOSTER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Foster* v. *City of New York*, 168 App. Div. 924, affirmed.
(Submitted November 28, 1917; decided December 18, 1917.)

APPEAL, by permission, from a judgment, entered April 15, 1915, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. Plaintiff was driving a team with heavy wagon loaded with cement on the right side of Lefferts avenue near Liberty avenue, in Jamaica (Queens), when his right front wheel went into a hole three feet long, a foot wide and eighteen inches deep. The jolt threw him from his seat three feet high on to the back of his right horse and down into the hole, so that the wheel passed over his right arm, causing the injuries complained of. The following questions were certified: " (1) Was the requirement of the statute as to giving the defendant notice of the time of the accident complied with? (2) Were the denials in the answer in such form as to exempt plaintiff from proving service of a notice of time of the accident? (3) Was the plaintiff, under the pleadings, justified in resting his case on the admissions involved in the answer? "

*James P. Kohler* for appellant.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and ANDREWS, JJ. Not sitting: CRANE, J.